NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENEE HARRIS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3149 .

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100086-I-2.

---

**ON MOTION**

---

## O R D E R

Renee Harris moves for reinstatement of her petition which was dismissed on January 13, 2012, for failure to file a Corrected Brief.

This court denied Ms. Harris's motion to supplement the record, struck Ms. Harris's previously submitted brief, and ordered Ms. Harris to submit a corrected brief within 21 days. Ms. Harris moved for reconsideration of that

order. On December 13, 2011, the court denied reconsideration, but that order did not provide a new deadline for submission of the corrected brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated. The Corrected Brief for Petitioner is accepted.

(2) The Merit Systems Protection Board's brief is due within 40 days from the date of this order.

FOR THE COURT

FEB 22 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: George M. Chuzi, Esq.
Sara B. Rearden, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 22 2012

JAN HORBALY
CLERK